UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| SHANE R.D. MARSHALL, ) | |
| ) | NO. CV-05-0254-LRS |
| Plaintiff, ) | |
| ) | ORDER GRANTING MOTION FOR |
| -vs- ) | ENTRY OF PROTECTIVE ORDER |
| ) | |
| CHEMI-CON MATERIALS CORPORATION, ) | |
| ) | |
| Defendant. ) | |
| ) | |

BEFORE THE COURT is the parties' "Joint Motion for Entry of Stipulation for Protective Order Regarding Confidential Information" (Ct. Rec. 12), which the Court interprets as a joint motion for entry of a protective order.  Pursuant to the stipulation of the parties attached to the motion, **IT IS HEREBY ORDERED**, the motion for protective order (Ct. Rec. 12) is **GRANTED**[1] and a protective order shall be entered as stipulated to by the parties on October 31, 2005.  The Court will enter such order under separate cover.

///

///

///

---

[1] The Court notes the parties previously filed a pleading entitled "Stipulated Protective Order Regarding Confidential Information" (Ct. Rec. 9), which also shows on the Court's docket as a pending motion. The Court Clerk is directed to term this motion as **MOOT**.

ORDER - 1

1     The District Court Executive is directed to file this Order and
2 provide copies to counsel.

3     **DATED** this 3rd day of November, 2005.

4                                                  *s/Lonny R. Suko*

5                                                  LONNY R. SUKO
6                                    UNITED STATES DISTRICT JUDGE

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

ORDER - 2