UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| SHANE R.D. MARSHALL, ) | |
| ) | NO.  CV-05-0254-LRS |
| Plaintiff, ) | |
| ) | ORDER DENYING PLAINTIFF'S |
| -vs- ) | MOTION TO DISMISS AS MOOT |
| ) | |
| CHEMI-CON MATERIALS CORPORATION, ) | |
| ) | |
| Defendant. ) | |

   BEFORE THE COURT without oral argument is Plaintiff's Motion to Dismiss Affirmative Defense (Ct. Rec. 14).  Subsequent to the filing of the motion, the Defendant, Chemi-Con Materials Corp., withdrew the affirmative defense which was the subject of the motion. See Ct. Rec. 22.

   ACCORDINGLY, Plaintiff's Motion to Dismiss (Ct. Rec. 14) is **DENIED** as **MOOT**.  Defendant shall file an Amended Answer without such affirmative defense within **FIFTEEN** DAYS of this order.  **IT IS SO ORDERED**.

   The District Court Executive is directed to file this Order and provide copies to counsel.

   **DATED** this 12th day of December, 2005.

                              *s/Lonny R. Suko*
                              _____
                              LONNY R. SUKO
                              UNITED STATES DISTRICT JUDGE

ORDER